UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA M. WINFREY, | CASE NO. ED CV 10-00011 RSWL (RZ) |
| Plaintiff, | |
| vs. | ORDER TO SHOW CAUSE |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The docket in this case contains a document filed on May 7, 2010 by Plaintiff entitled "Proof of Service of Summons and Complaint." Plaintiff represents that the summons and complaint were served on January 6, 2010.

No answer or appearance of any sort has been filed by Defendant.

Not later than August 30, 2010, Defendant shall show cause why he should not be sanctioned for failing to respond to the summons and complaint. Such sanctions may include monetary sanctions. The filing of an answer and the Administrative Record within the time allowed for a response to this order will discharge the order.

DATED: July 26, 2010

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE