**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GINA M. WINFREY, | ) | CASE NO. ED CV 10-00011 RSWL (RZ) |
| Plaintiff, | ) | |
| vs. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

This matter came before the Court on the Report and Recommendation of the Magistrate Judge to whom the case was referred. The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: November 19, 2010

*RONALD S.W. LEW*

RONALD S.W. LEW
SENIOR U.S. DISTRICT COURT JUDGE