O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA M. WINFREY,<br><br>             Plaintiff,<br><br>     vs.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security,<br><br>             Defendant. | CASE NO. ED CV 10-00011 RSWL (RZ)<br><br>JUDGMENT |

    This matter came before the Court on the Report and Recommendation of the Magistrate Judge to whom the case was referred.  The Court, having accepted the Report,

    IT IS HEREBY ORDERED AND ADJUDGED that the action is dismissed for failure to prosecute.

DATED: November 19, 2010

*RONALD S.W. LEW*
_____
RONALD S.W. LEW
SENIOR U.S. DISTRICT COURT JUDGE